UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA,
CASE NO.:

NOHORA BERMAN
and WALTER BERMAN
her husband,

      Plaintiffs,

v.

NCL (BAHAMAS) LTD. d/b/a
NORWEGIAN CRUISE LINE

      Defendant.
_____/

## COMPLAINT

The Plaintiffs, NOHORA BERMAN and WALTER BERMAN, her husband, by and through their undersigned counsel sue the Defendant, NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE, a foreign profit corporation, (hereinafter referred to as "NORWEGIAN CRUISE LINE") and allege as follows:

1. This is an action for damages in excess of fifteen thousand ($15,000.00) dollars.

2. At all times material hereto, the Plaintiffs, NOHORA BERMAN and her husband WALTER BERMAN, were individuals residing in Broward County, Florida.

3. At all times material hereto, the Defendant, NORWEGIAN CRUISE LINE, a foreign profit corporation doing business in Miami-Dade County, Florida.

## COUNT I
### NEGLIGENCE AGAINST DEFENDANT, NORWEGIAN CRUISE LINE

Plaintiff adopts and re-alleges each and every allegation contained in paragraphs 1 through 3 as if they were fully set forth herein, and further alleges:

1

4. On or about January 4, 2016, Defendant, NORWEGIAN CRUISE LINE, owned maintained and/or controlled the cruise line departing out of the Port of Call in Miami-Dade County, Florida.

5. At all times material hereto, Defendant, NORWEGIAN CRUISE LINE, managed the cruise line from the Port of Miami Dade County, Florida.

6. On the above date the Plaintiff, NOHORA BERMAN, was a cruise passenger on the ship M/S Norwegian Sky sailing December 31, 2015 from the Port of Miami to the Bahamas with a return schedule to the Port of Miami. On January 4, 2016 the Plaintiff, NOHORA BERMAN, was descending from the 7th Deck to the 6th Deck on a carpeted interior stairway when she slipped and fell due to wet carpeting. (See attached Exhibit A). This was caused due to the careless and negligent manner in which the carpeting was maintained in an area where cruise ship passengers would go up and down the deck floors/carpeting.

7. The Defendant and its employees owed the Plaintiff a duty of reasonable care to maintain the these areas in a condition reasonably safe for their intended uses and free form all conditions which would render them dangerous and unsafe for the Plaintiff, or present an unreasonable risk of harm to her in her lawful use of the same.

8. That it was the duty of the Defendant to warn Plaintiff of aforesaid dangerous and unsafe condition.

9. The Defendant, by and through its employees, servants, and/or agents breached its duty of care to the Plaintiff, by committing one or more of the following negligent acts of commission and/or omission which proximately caused injury to the Plaintiff as hereinafter alleged more fully:

    a. The Defendant failed to properly maintain and examine the floors/carpeting to make sure they were safe and free from liquid;

  b. The Defendant should have exercised reasonable care in the care of its floors/carpeting;

  c. The Defendant failed to utilize reasonable care in the design, planning, inspection and maintenance of said premises, particularly the floors/carpeting;

  d. The Defendant failed to warn the Plaintiff of the dangerous condition;

  e. the afore-described dangerous condition was a regular, reoccurring, and ongoing condition; therefore, Defendant knew, or in the exercise of reasonable care, should have known of the afore-described dangerous and hazardous condition.

10. That the aforesaid acts of negligence on the parts of the Defendant were the proximate cause of the injuries sustained by the Plaintiff.

11. As a direct result, the Plaintiff has incurred medical bills, has suffered bodily injury resulting in severe physical pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, aggravation of preexisting injuries, if any, lost wages and loss of the ability to earn wages. Her losses are permanent and continuing in nature and the Plaintiff will suffer losses in the future.

WHEREFORE, the Plaintiff, NOHORA BERMAN, demands judgment against the Defendant, NORWEGIAN CRUISE LINE, for damages, costs, and any other relief this Court may deem appropriate. The Plaintiff further demands trial by jury as to all issues so triable as a matter of right.

## COUNT II – PLAINTIFF'S, WALTER BERMAN'S LOSS OF CONSORTIUM CLAIM AGAINST DEFENDANT, NORWEGIAN CRUISE LINE

Plaintiff adopts and re-alleges each and every allegation contained in paragraphs 1 through 3 and 4 through 11, as if they were fully set forth herein, and further alleges:

12. At all times material hereto, Plaintiff, WALTER BERMAN, was/is the lawful wedded spouse of the Plaintiff, NOHORA BERMAN, and as such is entitled to the aid, comfort and consortium of said spouse.

13. As a result of the negligence of the Defendant, NORWEGIAN CRUISE LINE, the Plaintiff, NOHORA BERMAN, sustained injuries which have caused the Plaintiff, WALTER BERMAN, to sustain a loss of consortium, society, services and family relationship.

**WHEREFORE,** Plaintiff, WALTER BERMAN, demands judgment against the Defendant, NORWEGIAN CRUISE LINE, for loss of consortium, society and comfort, together with costs incurred and such additional relief as may be proper.

*Trial By Jury is demanded of all issues so triable as a matter of right.*

DATED this 8 day of September 2016.

**THOMAS & PEARL, P.A.**
Attorneys for Plaintiff
2404 Northeast 9th Street
Fort Lauderdale, Florida 33304
Telephone: (954) 563-9225
Facsimile: (954) 563-9497
litdept@thomaspearl.com

By: _____
KEVIN B. DENNIS, ESQUIRE
Florida Bar No.: 829110

4

# EXHIBIT A



Print this document

**Instructions**

1. Please remember to fill in your name and home address on the tag before attaching to your luggage.

2. Turn paper face down and fold in at the dotted line.

3. Wrap tag around the handle of each bag you intend to check (Printed side out).

4. Make sure name, address and cruise information is displayed and easily read.

STAPLE HERE

PINK

**Norwegian Sky**
**4003**
**FWD**
**PORT**
**12/31/2015**

NCL NORWEGIAN CRUISE LINE®

Name:
Address:

Telephone:

**Norwegian Sky**
**4003**
**FWD**
**PORT**
**12/31/2015**

PINK

STAPLE HERE



# CRUISE DOCUMENTS

Your best vacation ever starts here. **Please review these documents for accuracy. You should bring these documents along with your passport or proof of citizenship to the pier for check-in.** See an error or have any questions? Please contact your travel professional, visit www.ncl.com or call our Reservations Department during standard business hours at 1.800.327.7030 and we'll take care of it right away.

We look forward to welcoming you aboard!      Print this document 

## GUEST TICKET CONTRACT TO BE PRESENTED FOR PASSAGE

### GUEST DETAILS

| GUESTS | ADULT/ CHILD | CTZ | INS | LATITUDES*# | STATUS | THE TIME YOU HAVE SELECTED TO ARRIVE AT THE PIER |
|---|---|---|---|---|---|---|
| PRICE, WALTER STEVEN | A | US | N | N/A | NOT ENROLLED | 1:00 pm - 1:30 pm |
| BERMAN, NOHORA P | A | US | N | 224314004 | BRONZE | 1:00 pm - 1:30 pm |

**RESERVATION # : 29891647**



29891647

FARES AS AGREED

### AT THE PIER

| SHIP NAME | SAILING DATE | STATEROOM | BOOKED BY |
|---|---|---|---|
| Norwegian Sky | 12/31/2015 | 4003 - FWD DECK 4 | EXPEDIA CRUISE |

**BOARDING PROCESS**

• Boarding begins at 12:00 PM.
Please note the time you have selected to arrive at the pier.
Guest arriving to the pier before your select arrival time will be asked to come back at the appropriate time.

**PIER ADDRESS**
Google Maps
Port of Miami - South America Way Dodge Island, Downtown Miami

Print Luggage Tags Here.
Save time by affixing these tags to your suitcases before arriving to the pier.

• **Departure time: 5:00 pm**
All Guests must be on board the ship no later than 2 hours prior to the departure time noted on these documents or they will not be permitted to sail.

### IMPORTANT INFORMATION

**PASSPORT INFORMATION / TRAVEL DOCUMENTS**
A valid passport is highly recommended for all cruises sailing out of a U.S. Port but **required** for all International sailings. In addition to your passport, a visa may be required. For the appropriate requirements based on your itinerary and nationality, please contact your travel professional, local immigration office or www.ncl.com/traveldocs. It's your responsibility to obtain any required visas and other necessary documentation prior to sailing, including vaccinations for infectious diseases.

**NOTE:** The guests' attention is specifically directed to the Terms and Conditions of this contract which you have accepted during the online registration process. These Terms and Conditions affect important legal rights and the guest is advised to read them carefully. View and print a PDF of the Terms and Conditions.



# CRUISE DOCUMENTS

Your best vacation ever starts here. **Please review these documents for accuracy. You should bring these documents along with your passport or proof of citizenship to the pier for check-in.** See an error or have any questions? Please contact your travel professional, visit www.ncl.com or call our Reservations Department during standard business hours at 1.800.327.7030 and we'll take care of it right away.

We look forward to welcoming you aboard!

**Print this document** 

IMPORTANT NOTE for Non-US Citizens: Some non-US citizens who are visiting the United States with a specialized visa (i.e. F1, J1, K1.) may require additional documentation to accompany their visa. Guests who have a specialized visa will not be allowed to sail if they do not possess the required supporting documentation (i.e. original SEVIS-generated form).

## GUEST TICKET CONTRACT GUEST COPY

### GUEST DETAILS

| GUESTS | ADULT/CHILD | CTZ | INS | LATITUDES*# | STATUS | THE TIME YOU HAVE SELECTED TO ARRIVE AT THE PIER |
|---|---|---|---|---|---|---|
| PRICE, WALTER STEVEN | A | US | N | N/A | NOT ENROLLED | 1:00 pm - 1:30 pm |
| BERMAN, NOHORA P | A | US | N | 224314004 | BRONZE | 1:00 pm - 1:30 pm |

**RESERVATION # : 29891647**


29891647

FARES AS AGREED

### AT THE PIER

| SHIP NAME | SAILING DATE | STATEROOM | BOOKED BY |
|---|---|---|---|
| Norwegian Sky | 12/31/2015 | 4003 - FWD DECK 4 | EXPEDIA CRUISE |

**BOARDING PROCESS**

•Boarding begins at 12:00 PM.
Please note the time you have selected to arrive at the pier.

**PIER ADDRESS**
Google Maps
Port of Miami - South America Way Dodge Island, Downtown Miami

**Print Luggage Tags Here.**
Save time by affixing these tags to your suitcases before arriving to the pier.

Guest arriving to the pier before your select arrival time will be asked to come back at the appropriate time.

•**Departure time: 5:00 pm**
All Guests must be on board the ship no later than 2 hours prior to the departure time noted on these documents or they will not be permitted to sail.

### BEFORE & AFTER YOUR CRUISE

**EMERGENCY INFORMATION & FLIGHT ASSISTANCE**
If you should experience a flight interruption emergency en route to your cruise, please call us toll free from U.S. and Canada at 1.800.456.7179. For calls made outside the U.S. and Canada, you may reach us at 1.305.468.2029. We also accept collect calls.

**GROUND TRANSPORTATION**
Transfers between the airport and pier are available for purchase for all guests. Whether you're looking for safe reliable transportation or

something more luxurious, please contact us at 1.800.327.7030 or at www.ncl.com/transfers at least 4 days prior to sailing. If you made your cruise reservation through a travel agency, please contact your travel professional directly to book transfers.

## IMPORTANT INFORMATION

### PASSPORT INFORMATION / TRAVEL DOCUMENTS

A valid passport is highly recommended for all cruises sailing out of a U.S. Port but **required** for all International sailings. In addition to your passport, a visa may be required. For the appropriate requirements based on your itinerary and nationality, please contact your travel professional, local immigration office or www.ncl.com/traveldocs. It's your responsibility to obtain any required visas and other necessary documentation prior to sailing, including vaccinations for infectious diseases.

**NOTE:** The guests' attention is specifically directed to the Terms and Conditions of this contract which you have accepted during the online registration process. These Terms and Conditions affect important legal rights and the guest is advised to read them carefully. View and print a PDF of the Terms and Conditions.

## CRUISE ITINERARY

| PORT OF CALL/ITINERARY | ARRIVE | DEPART |
|---|---|---|
| MIAMI, FLORIDA, US | | 12/31/15 05:00 PM |
| AT SEA | | |
| NASSAU, BAHAMAS | 01/02/16 08:00 AM | 01/02/16 05:00 PM |
| GREAT STIRRUP CAY, BAHAMAS | 01/03/16 08:00 AM | 01/03/16 05:00 PM |
| MIAMI, FLORIDA, US | 01/04/16 07:00 AM | |

### SHORE EXCURSIONS

We notice that you haven't booked any Shore Excursions. But it's not too late. You can book adventures ashore up to two days prior to sailing. Click here for all your options. You may also call the Norwegian Cruise Line Shore Excursion team at 1.866.625.1167. Outside the U.S. and Canada you may reach us at 0845.201.8900.



**TIP:** If you have not yet booked any onboard experiences such as Dining and Entertainment or would like to book more, it's not too late. Click here to explore your options on My NCL.

## THINGS TO KNOW

**ONBOARD SERVICE CHARGES.** These charges are additional. If you have not pre-paid your service charges, a charge of $13.50 per day per person will be added to your onboard account for all guests 3 years and older. Please see our brochure or www.ncl.com for details.

**\*LATITUDES REWARDS.** As a Latitudes Rewards member, you will receive special offers and promotions, onboard benefits and Norwegian Cruise Line news. No action is required on your part. We enroll all guests who have cruised with us and who are at least 18 years of age into this exclusive program. It's part of our commitment to our most loyal guests.
**IMPORTANT UPDATE:** Effective 1-February 2016, missing cruises must be claimed within 12 months from the day the cruise ends, in order to receive Latitudes points.



**TIP:** Need assistance? Once onboard, use any of the touchscreen kiosks or refer to your Freestyle Daily which is filled with information on the day's activities and special events.